**Edith Allendorf, Plaintiff-Appellant, v. Genevieve Daily, and Martha Daily, Defendants-Appellees. Genevieve Daily and Martha Daily, Counterplaintiffs-Appellees, v. Edith Allendorf, Counterdefendant-Appellant.** ·

Gen. No. 11,121.

Second District, Second Division.

May 8, 1958.

Rehearing denied June 11, 1958.

Released for publication June 11, 1958.

Granger, Beckers, Snow & Brandenburg (Wayne R. Brandenburg, of counsel) for plaintiff-appellant; Genevieve Daily, and Martha Daily, pro se. Opinion by JUSTICE WRIGHT. Not to be published in full.